UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID BACK,

          Plaintiff,

    v.

ALLSTATE INSURANCE COMPANY, INC.,

          Defendants.
_____/

NO. CIV. S-04-5 LKK/CMK

O R D E R

    A hearing in this case is presently scheduled for April 25, 2005, at 10:00 a.m., on the Law and Motion Calendar of this court pursuant to defendant's motion for summary judgment filed herein on March 11, 2005. On April 7, 2005, plaintiff filed an opposition to plaintiff's motion as well as a cross-motion for summary judgment.

    Pursuant to Local Rule 78-230(e), the original and cross-motion will be continued until the next available law and motion calendar so as to give all parties a reasonable opportunity to

1

1  serve and file oppositions and replies to the pending motions.
2  Accordingly, the hearing on the cross-motions presently before the
3  court are CONTINUED to May 9, 2005, where they will be called on
4  the court's regularly scheduled Law and Motion Calendar, beginning
5  at 10:00 a.m.
6        IT IS SO ORDERED.
7        DATED: April 19, 2005.
8                                   /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
9                                   SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2