Marc J. Feldman, State Bar No. 144830
Seth M. Friedman, State Bar No. 186239
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Defendant
Allstate Insurance Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| DAVID BACK, | Case No. CIV.S-04-0005LKK CMK |
|---|---|
| v. | **STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE** |
| ALLSTATE INSURANCE COMPANY, INC., DOES ONE through 100, Inclusive, | **Department 4** **Judge:  Hon. Lawrence K. Karlton** |
| | Complaint Filed:        January 5, 2004 |

## STIPULATION

1.      The pretrial conference in this case is set for August 1, 2005.

2.      On May 9, 2005, the Court held a hearing on the parties' cross-motions for summary judgment.

3.      The Court has not yet issued a ruling on the motions.

4.      The parties believe that the Court's ruling on the motions will, if not dispose of the entire case, significantly narrow the issues to be tried.

5.      Therefore, the parties agree that the pretrial conference should be continued until after the Court issues its ruling.

/ / /

/ / /

/ / /

1

6.    The parties therefore stipulate that the pretrial conference be continued to August 29, 2005, or whatever date is convenient for the court.

July __, 2005                LAW OFFICES OF LARRY L. BAUMBACH

                                  By: <u>Signature on original</u>
                                       Larry L. Baumbach
                                       Attorneys for Plaintiff
                                       David Back

July __, 2005                LUCE, FORWARD, HAMILTON & SCRIPPS LLP

                                  By: <u>Signature on original</u>
                                       Marc J. Feldman
                                       Attorneys for Defendant
                                       Allstate Insurance Company

## ORDER

Based upon the stipulation of the parties and good cause appearing therefor, the Pretrial Conference is continued to August 8, 2005 at 3:30 p.m.

Dated:  July 15, 2005.

                                  <u>/s/Lawrence K. Karlton</u>
                                    Lawrence K. Karlton
                                    Senior Judge

2087797.1