UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID BACK,

          Plaintiff,

   v.

ALLSTATE INSURANCE COMPANY, INC.,

          Defendant.
_____/

NO. CIV. S-04-5 LKK/CMK

O R D E R

    Defendant moves to exclude recovery of the excess judgment. It acknowledges, however, that under the court's previous order relative to a failure to investigate, plaintiff may obtain a judgment which includes damages up to the policy limits plus defense costs (asserted to be zero), and extra-contractual damages, i.e. emotional distress and punitive damages arising out of the failure to investigate.  The court agrees with defendant's contention and its concession.

////

1

Regarding the duty to settle, plaintiff takes issue with the court's conclusion, citing and raising for the first time, <u>Allen v. Allstate Insurance Co.</u>, 655 F.2d 487, 490 (9th Cir. 1981). While plaintiff's counsel's conduct may be viewed as an untimely motion to reconsider, the court has no desire to commit error because it refused to take up plaintiff's contention. Accordingly, the court ORDERS as follows:

    1.  Defendant's motion to preclude recovery of the excess judgment is GRANTED;

    2.  The hearing, currently set for September 26, 2005, is VACATED;

    3. Defendant shall respond to plaintiff's contention relative to <u>Allen</u>, <u>supra</u>, within ten days; and

    4.  Thereafter, plaintiff's argument, construed as a motion to reconsider, will stand submitted.

    IT IS SO ORDERED.

    DATED:  September 1, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2