UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID BACK,

          Plaintiff,

    v.

ALLSTATE INSURANCE COMPANY, INC.,

          Defendant.
_____/

NO. CIV. S-04-5 LKK/CMK

O R D E R

The court has before it what it treated as plaintiff's motion to reconsider its previous order relative to the duty to settle. Essentially for the reasons explicated in defendant's responsive brief, the motion to reconsider is DENIED.

    IT IS SO ORDERED.

    DATED: September 14, 2005.

                                  /s/Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT