UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID BACK,

        Plaintiff,

    v.

ALLSTATE INSURANCE COMPANY, INC.,

        Defendant.
_____/

NO. CIV. S-4-5 LKK/CMK

O R D E R

    The court is in receipt of defendant Allstate's objections to plaintiff's proposed trial exhibits. Within the objections, counsel asserts that (1) in violation of the court's pretrial order, plaintiff's counsel served only a copy of his exhibit list and failed to provide copies of the thirteen exhibits proffered at Pretrial; and (2) that plaintiff's exhibit contains an additional thirty two exhibits not included in the exhibit list attached to the court's Pretrial Order.

////

////

1

1     Accordingly, the court hereby ORDERS that:

2     1.  If he has not already done so, counsel for plaintiff is
3 ordered to immediately SERVE upon counsel for defendant complete
4 copies of the thirteen exhibits listed in Attachment "C" to the
5 court's Pretrial Order and file proof of service of same; and

6     2.  Counsel for plaintiff is ordered to SHOW CAUSE in writing
7 not later than October 21, 2005 at 4:30 p.m. why the additional
8 thirty two exhibits listed in the amended exhibit list attached to
9 defendant's objections should not be STRICKEN as untimely
10 designated.

11    IT IS SO ORDERED.

12    DATED:  October 19, 2005.

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2