Marc J. Feldman, State Bar No. 144830
Seth M. Friedman, State Bar No. 186239
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Defendant
Allstate Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BACK,<br><br>         Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, INC., DOES ONE through 100, Inclusive,<br><br>         Defendants. | Case No. CIV.S-04-0005LKK CMK<br><br>The Hon. Lawrence K. Karlton<br>Dept. 4<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Complaint Filed:        January 5, 2004 |

WHEREAS, the parties have reached a settlement of this action,

IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record, that this action be dismissed with prejudice, with each side to bear its own costs.

DATED: _____, 2005        /signature on original
                                 Larry L. Baumbach
                                 Attorney for Plaintiff David Back

1 | DATED: _____, 2005      LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By:   /signature on original
      Marc J. Feldman
      Attorneys for Defendant
      Allstate Insurance Company

## **ORDER**

Pursuant to the stipulation set forth above, and good cause appearing therefor,

IT IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to bear its own costs.

Dated:   November 14, 2005

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge
United States District Court